1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  ERIK DE SANTIAGO, | NO. CV 23-5423-ODW (AGR) |
| 10              Petitioner, | ORDER ACCEPTING FINDINGS AND |
| | RECOMMENDATION OF |
| 11              v. | MAGISTRATE JUDGE |
| 12  S. SMITH, Warden, | |
| 13              Respondent. | |
| 14 | |

15
16          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
17  Habeas Corpus, the other records on file herein, the Report and Recommendation of the
18  United States Magistrate Judge ("Report") and the Objections.  Further, the Court has
19  engaged in a *de novo* review of those portions of the Report and Recommendation to
20  which objections have been made.  The Court accepts the findings and recommendation of
21  the Magistrate Judge.
22          IT THEREFORE IS ORDERED that judgment be entered denying the Petition and
23  dismissing this action with prejudice.
24
25  DATED:  June 14, 2024          _____
26                                              OTIS D. WRIGHT, II
                                               United States District Judge
27
28