JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK DE SANTIAGO, | NO. CV 23-5423-ODW (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| S. SMITH, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

DATED June 14, 2024

_____
OTIS D. WRIGHT, II
United States District Judge